No. 00–8130.  GUERRERO v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 00–8135.  FLORES-IGLESIAS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–8143.  CLABORN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 00–8164.  PARKER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–249.  ATLANTIC RICHFIELD CO. ET AL. v. UNION OIL COMPANY OF CALIFORNIA.  C. A. Fed. Cir.  Motions of American Petroleum Institute et al., Dennis Kucinich et al., and General Motors Corp. for leave to file briefs as amici curiae granted. Certiorari denied.

No. 00–482.  INTERNATIONAL BUSINESS MACHINES CORP. v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.  JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 00–593.  PUBLIC SERVICE COMMISSION OF UTAH ET AL. v. QWEST COMMUNICATIONS INTERNATIONAL INC. ET AL.  C. A. 10th Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 00–623.  TIME WARNER ENTERTAINMENT CO., L. P. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.  C. A. D. C. Cir. Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 00–1087.  MCMANUS v. MCI COMMUNICATIONS CORP. ET AL.  Ct. App. D. C.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 00–1002.  ALABAMA v. SNEED.  Sup. Ct. Ala.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.